W. F. BURNS CO. v. FELLMAN. (Supreme Court, Appellate Term. May 16, 1907.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by the W. F. Burns Company against Emanuel Fellman. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. Hastings & Gleason, for appellant. M. S. & I. S. Isaacs, for respondent.

PER CURIAM. Action for rent for nine months for desk room in office of plaintiff at 320 Broadway. The judgment is contrary to the evidence and against the weight of evidence.

In fact, there is abundant evidence to sustain plaintiff's case, and no evidence on the part of the defendant. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.